# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MICHAEL DALE SIMPSON,                                                                                PLAINTIFF
REG. #43967-083

v.                              No. 2:14CV00031 JLH-JJV

FCC FORREST CITY, Low,
Medical Department                                                                                   DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that plaintiff's motion for preliminary/emergency injunction is DENIED. Document #1.

DATED this 15th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE