IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL DALE SIMPSON,                                                                    PLAINTIFF
ADC #43967-083

v.                                         No. 2:14CV00031 JLH-JJV

FCC FORREST CITY, Low,
Medical Department; *et al*.                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff's motion for injunctive relief, which this Court construes as a motion for preliminary injunctive relief is DENIED. Document #34.

DATED this 9th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE