**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MICHAEL DALE SIMPSON,                                                        PLAINTIFF
REG. #43967-083

v.                            No. 2:14CV00031-JLH-JJV

FCC FORREST CITY, Low, Medical
Department; *et al*.                                                               DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Court denied Plaintiff's Motion to Amend with respect to all other claims and other Defendants (Doc. No. 40); therefore, Defendant FCC Forrest City Low, Medical Department, is dismissed without prejudice.

2. Defendants' Motion to Dismiss, or in the alternative for Summary Judgment (Doc. No. 65), is GRANTED, and this case is DISMISSED with prejudice.

SO ORDERED this 29th day of December, 2014.

                                                                             */s/ J. Leon Holmes*
                                                                              J. LEON HOLMES
                                                                              UNITED STATES DISTRICT JUDGE