## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MICHAEL DALE SIMPSON,                                                                           PLAINTIFF
REG. #43967-083

v.                                    No. 2:14CV00031-JLH-JJV

FCC FORREST CITY, Low, Medical
Department; *et al*.                                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 29th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE